AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
## for the
### Western District of New York

United States of America

v.

**GIOVANNI BERNAL GUERRERO**
**a.k.a**
**GIOVANNI BERNAL**

*Defendant*

Case No. 25-mj- 5123

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of July 19, 2025, in the County of Erie, in the Western District of New York, the defendant, Giovanni BERNAL GUERRERO, an alien, not a citizen or national of the United States, who previously had been deported or removed from the United States on or about September 16, 2017, was found in the United States without having obtained the expressed consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to reapply for admission, after having been deported or removed from the United States, in violation of **Title 8, United States Code, Section 1326(a)**.

**All in violation of Title 8, United States Code, Section 1326(a).**

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

DANIEL A. WHITTEN
ENFORCEMENT OFFICER
U.S. CUSTOMS AND BORDER PROTECTION
*Printed name and title*

Sworn to before me and signed telephonically.

Date: July 23, 2025

*Judge's signature*

HONORABLE MICHAEL J. ROEMER
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and State: Buffalo, New York

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF NEW YORK )
COUNTY OF ERIE ) SS:
CITY OF BUFFALO )

Daniel A. Whitten, being duly sworn deposes and states:

1. I am an Enforcement Officer with United States Customs and Border Protection ("CBP"), within the Department of Homeland Security ("DHS"), and have been so employed for the past 16 years. Prior to that, I was employed by the same Agency, in a similar capacity, for 5 years. In such capacity, my duties include investigating individuals suspected of violating Federal immigration laws and other related Federal statutes and crimes.

2. As part of my current duties, I have become involved in an investigation of a suspected violation of Title 8, United States Code, Section 1326(a).

3. I make this affidavit in support of the annexed criminal complaint charging Giovanni BERNAL GUERRERO, a/k/a Giovanni BERNAL, (hereinafter referred to as "BERNAL GUERRERO")an alien, not a citizen or national of the United States, born in 1986, in Mexico, with being found in the United States without the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security, after having been deported or removed from the United States, in violation of Title 8, United States Code, Section 1326(a).

4.      This affidavit is being submitted for the limited purpose of securing a Criminal Complaint. I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that BERNAL GUERRERO did knowingly violate Title 8, United States Code, Section 1326(a).

## PROBALBE CAUSE

5.      On or about July 19, 2025, at approximately 5:40 p.m., at the Peace Bridge Port of Entry in Buffalo, New York, in the Western District of New York, BERNAL GUERRERO was encountered by a CBP officer, who was working primary inspection at one of the lanes. BERNAL GUERRERO was the front seat passenger in a North Carolina plated vehicle that made a wrong turn onto the Bridge, entered the lane, and presented for inspection. The defendant was not in possession of any identity documents. He was referred to secondary inspection to determine his identity.

6.      CBP officers conducted an electronic search of BERNAL GUERRERO's fingerprints in FBI and immigration databases to verify his identity and any immigration history he may have in the United States. The fingerprint search revealed that the BERNAL GUERRERO was an identical match to FBI number 453080XXX. Records associated to the indexed FBI number and the immigration fingerprint identification number revealed that BERNAL GUERRERO was previously ordered removed by an Immigration Judge in

Lumpkin, Georgia on September 13, 2017. The FBI and immigration fingerprint identification records referenced alien file number 200 618 XXX.

7.  Your affiant, on July 21, 2025, received from the National Records Center electronic copies of deportation documents from alien file number A 200 618 XXX, including immigration forms: ICE Form I-205 (Warrant of Removal/Deportation), and DHS Form I-294 (Warning to Alien Ordered Removed or Deported). ICE Form I-205 contained BERNAL GUERRERO's photograph, right index fingerprint impression and signature, as well as the signature of an immigration officer, verifying his physical deportation to Mexico on September 16, 2017 through the Brownsville, Texas Port of Entry. ICE Form I-294 provided a warning to BERNAL GUERRERO that he is prohibited for a period of ten years from his date of departure from entering, attempting to enter, or being found in the United States without the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security.

8.  A review of electronic immigration records associated to alien file A 200 618 XXX failed to disclose any evidence or record that the BERNAL GUERRERO had applied for or received requisite permission from the Attorney General or the Secretary for the Department of Homeland Security to reenter the United States following his removal.

WHEREFORE, I respectfully submit the foregoing facts to establish probable cause to believe that on or about July 19, 2025, Giovanni BERNAL GUERRERO, an alien, was found in the United States after having been previously deported or removed from the United

States on or about September 16, 2017, without the requisite permission from the Attorney General of the United States or the Secretary for the Department of Homeland Security, in violation of Title 8, United States Code Section 1326(a).

Daniel A. Whitten
Enforcement Officer
U.S. Customs and Border Protection

Sworn to and subscribed telephonically to me this 23rd day of July 2025.

HONORABLE MICHAEL J. ROEMER
United States Magistrate Judge

4